# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EDWIN BOWERMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-H-07-1925 |
| § | |
| MICHAEL ASTRUE, § | |
| Commissioner of the Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

## ORDER

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on August 7, 2008 and made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). This court finds that the Administrative Law Judge's decision was supported by substantial evidence in the record and that the proper legal standards were appropriately applied. This court adopts the Memorandum and Recommendation as this court's Memorandum and Order, granting the defendant's motion for summary judgment and denying the plaintiff's motion. Final judgment is entered by separate order.

SIGNED on September 2, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge